

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Angelita Fernandez,

\* From the 32nd District Court
of Mitchell County
Trial Court No. 7560.

Vs. No. 11-17-00110-CR

\* March 30, 2018

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.